Ruíz, Demandante y Apelado, v. Sucesión de Cruz Jiménez, Demandada y Apelante.

Apelación procedente de la Corte de Distrito de Aguadilla en pleito sobre cobro de dinero.

No. 2377.—Resuelto en diciembre 23, 1920.

Desestimación de Apelación—Transcripción de la Evidencia Radicada Fuera de Tiempo—Negligencia del Taquígrafo o del Apelante—Jurisdicción.— Si el apelante o el taquígrafo omiten pedir a la corte inferior una extensión del término concedido al último para preparar la transcripción de la evidencia y es ésta radicada en la secretaría fuera de tiempo, el hecho de que las partes pidieran de común acuerdo a la corte que fuera enmendada, y que más adelante solicitaran la aprobación sin enmiendas, no da jurisdicción a la corte de distrito para aprobarla, por lo que procede declarar con lugar una moción en la que se solicita la desestimación del recurso.

Los hechos están expresados en la opinión.

Abogado de la apelante: *Sr. M. R. Acosta.*

Abogados del apelado: *Sres. Reichard & Reichard.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

La transcripción de la evidencia que la parte apelante pidió a la corte que hiciera el taquígrafo no fué presentada por éste en la secretaría de la corte inferior dentro del término que le fué concedido sino algunos días después sin que pidiera prórroga del término ni tampoco la parte apelante. En vista de estos hechos y de que han transcurrido más de noventa días desde que la apelación fué interpuesta sin que se haya presentado en este Tribunal Supremo la transcripción de los autos solicita la parte apelada que desestimemos la apelación. En este particular el presente caso es igual al de *Sanders, Philippi & Ca., Sucs., S. en C. v. Rivera,* que resolvimos el día 13 de este mes y año, (*pág. 957*), por lo que debemos dictar igual resolución. Es cierto que después que el taquígrafo presentó la transcripción de la evidencia las partes pidieron de común acuerdo a la corte que fuera enmendada y que después solicitaron su aprobación sin enmiendas pero este hecho no da jurisdicción a la corte inferior para

aprobar esa transcripción habiendo sido presentada después del término legal.

La apelación debe ser desestimada.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.